## Petty Offense Minute Sheet—Roanoke Division

Defendant: Raequan T. Cobb
Counsel: waived
Hearing date: 11/15/18

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: Healy/Hanan

Time in court: 1A/min 12:18-12:32

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☒ Defendant waives counsel.
☐ Defendant requests appointment of counsel. ☐ FPD or CJA appointed.
☐ Motion for continuance by ☐ Defendant ☐ Government. Court trial continued to _____.
☐ Motion to dismiss by Defendant Government – _____.

| CASE NO(S). | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|
| 7/18PO172 | Poss of alcohol by person under 21 yrs of age | G | F210 SA10 PF30 |

☒ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests. Defendant sentenced. (Judgment)

☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)

☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on pretrial release. (Order TUA Probation)

☐ Court trial held. (Judgment/Order Dismissing)

Payment Schedule   ☐ Today   ☒ 30 days   ☐ _____ days   ☐ other:

☐ Imprisonment as condition of probation ☐ weekends as directed by BOP ☐ immediate confinement
☒ Defendant advised of rights on appeal
☐ 18 USC 3607

Aditional information: Comments from ranger. Court addresses deft.